No. 86–5856. REED v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5858. KENAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5859. CRUZ-RIVERA v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 1st Cir. Certiorari denied.

No. 86–5860. OBADELE v. MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 86–5863. DUBOSE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–5869. FOUNTAIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5876. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5882. HARRISON v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 86–5886. TELEPO v. EDWARDS ET AL. Sup. Ct. N. J. Certiorari denied.

No. 86–5893. POLONIA v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 1st Cir. Certiorari denied.

No. 86–5896. MORRIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–5898. OLUSHOGA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5908. IBE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–5909. CRACHY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.